604

No. 74. HIGGINS, TRUSTEE IN BANKRUPTCY, *v.* BRAIN-ARD ET AL. October 10, 1932. Petition for writ of certiorari to the Supreme Court of California denied. *Mr. John C. Altman* for petitioner. *Messrs. F. D. Madison, Alfred Sutro, H. D. Pillsbury, Oscar Sutro,* and *Felix T. Smith* for respondents.

No. 75. VOGEL ET AL. *v.* NEW YORK LIFE INSURANCE CO. ET AL. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. P. McLean* for petitioners. No appearance for respondents.

No. 76. PROVIDENT SAVINGS BANK & TRUST CO. *v.* SHELBY COUNTY, TEXAS. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. B. Hamilton* for petitioner. No appearance for respondent.

No. 77. GOLDSTEIN, TRUSTEE IN BANKRUPTCY, *v.* RUSCH ET AL. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Benjamin I. Sperling* for petitioner. *Mr. Albert Blumenstill* for respondents.

No. 78. EDWARDS *v.* JOHNSTON FORMATION TESTING CORP. ET AL. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. M. Streetman* for petitioner. No appearance for respondents.